# Exhibit A
# (Part 1 of 2)

Karen Weldin Stewart, CIR-ML
Commissioner



Delaware Department of Insurance

MARCH 22, 2011

**VIA CERTIFIED MAIL (70081300000062536610)**
**RETURN RECEIPT REQUESTED**

ALAN KIMENSKY
GENERAL COUNSEL
HOUSEHOLD LIFE INSURANCE COMPANY
200SOMERSET CORP BOULEVARD
SUITE #100
BRIDGEWATER, NJ 08807

RE: CYNTHIA L. MASTERS, ET AL VS. HOUSEHOLD LIFE INS. CO.
C.A. NO. N11C-03-054 JRS

Dear ALAN KIMENSKY:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner was served with the enclosed legal process on MARCH 22, 2011.

**Please do not send your response of the enclosed documentation to the Delaware Insurance Department. Instead, you should respond directly to the person or legal representative identified in the enclosed legal process.**

Sincerely,

Naomi V. Scott
Service of Process Administrator

Enclosure
cc: JOHN S. SPADARO, ESQ.

EFiled: Mar 4 2011 2:02PM
Transaction ID 36282934
Case No. N11C-03-054 JRS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| CYNTHIA L. MASTERS and TERRY W. MASTERS, individually and as the personal representatives of the estate of Christopher P. Masters, | ) ) ) ) ) | C.A. No. |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) | TRIAL BY JURY DEMANDED ASSIGNMENT TO CCLD REQUESTED |
| HOUSEHOLD LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### PRAECIPE FOR SUMMONS

TO: PROTHONOTARY, NEW CASTLE COUNTY SUPERIOR COURT
Superior Court
500 North King Street
Wilmington, DE 19801

PLEASE ISSUE WRIT COMMANDING the Sheriff of ~~New Castle~~ KENT County to serve the Summons and Complaint on Household Life Insurance Company c/o the Delaware Insurance Commissioner, Delaware Department of Insurance, 841 Silver Lake Boulevard, Dover, DE 19904, in accordance with 18 *Del. C.* §§ 524 and 525. A check made payable to the Delaware Insurance Commissioner in the amount of $25.00 is attached hereto representing the required fee.

JOHN SHEEHAN SPADARO, LLC

_____
John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

March 4, 2011

4126



EFiled: Mar 4 2011 2:02PM
Transaction ID 36282034
Case No. N11C-03-054 JRS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| CYNTHIA L. MASTERS and TERRY W. MASTERS, individually and as the personal representatives of the estate of Christopher P. Masters, | ) ) ) ) ) | C.A. No. |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | TRIAL BY JURY DEMANDED ASSIGNMENT TO CCLD REQUESTED |
| HOUSEHOLD LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**THE STATE OF DELAWARE** KENT
**TO THE SHERIFF OF** ~~NEW CASTLE~~ **COUNTY,**

YOU ARE COMMANDED:

To summon defendant, so that, within 20 days after service hereof upon defendant, Household Life Insurance Company, exclusive of the day of service, defendant shall serve upon John S. Spadaro, Esquire, plaintiff's attorney, whose address is John Sheehan Spadaro, LLC, 724 Yorklyn Road, Suite 375, Hockessin, Delaware 19707, an answer to the Complaint.

To serve upon defendant a copy of the Complaint.

Dated: 3/14/11

_____
*Prothonotary*

_____
*Per Deputy*

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

_____
*Prothonotary*

_____
*Per Deputy*

4126

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: NEW CASTLE __x__ KENT _____ SUSSEX_____        Civil Action Number: _____
Civil Case Code: <u>CCLD</u>                                             Civil Case Type: <u>Complex Commercial Litigation Division</u>

(SEE PAGE TWO FOR CIVIL CASE CODE & CIVIL CASE TYPE)

| Caption:<br>Cynthia L. Masters and Terry W. Masters, individually and as the personal representatives of the estate of Christopher P. Masters,<br><br>     Plaintiff,<br><br>v.<br><br>Household Life Insurance Company,<br>     Defendant. | Name and Status of Party filing document:<br><br><u>Cynthia L. Masters and Terry W. Masters, individually and as the personal representatives of the estate of Christopher P. Masters, plaintiff</u><br><br>Document Type: (e.g., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br><u>Complaint</u><br><br>Arbitration___ Mediation __X__ Neutral Assessment ____<br>DEFENDANT (CHECK ONE)  **ACCEPT** ___ **REJECT** ____<br>JURY DEMAND  YES _x_  NO ____<br>TRACK ASSIGNMENT REQUESTED (CHECK ONE):<br>**EXPEDITED** ___ **STANDARD** _X_ **COMPLEX** ___ |
| ATTORNEY NAME(S):<br><br><u>John S. Spadaro</u><br><br>ATTORNEY ID(S):<br><br><u>3155</u><br><br>FIRM NAME:<br><br><u>John Sheehan Spadaro, LLC</u><br><br>ADDRESS:<br><br><u>724 Yorklyn Road, Suite 375</u><br><br><u>Hockessin, DE 19707</u><br><br>TELEPHONE NUMBER:<br><br><u>(302)235-7745</u><br><br>FAX NUMBER:<br><br><u>(302)235-2536</u><br><br>E-MAIL ADDRESS:<br><br><u>jspadaro@johnsheehanspadaro.com</u> | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>_____<br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE.) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9.17.03

4127

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)
## INSTRUCTIONS

### CIVIL CASE TYPE

Please select the appropriate civil case code and case type (e.g., **CODE - AADM** and **TYPE - Administrative Agency**) from the list below. Enter this information in the designated spaces on the Case Information Statement.

| | |
|---|---|
| **APPEALS** | **MISCELLANEOUS** |
| AADM- Administrative Agency | MAAT - Appointment of Attorney |
| ACCP - Court of Common Pleas | MAFF - Application for Forfeiture |
| ACER - Certiorari | MCED - Cease and Desist Order |
| AFAM - Family Court | MCRO - Complaint Requesting Order |
| AIAB - Industrial Accident Board | MCTO - Consent Order |
| APSC - Public Service Commission | MHAC - Habeas Corpus |
| AUIB - Unemployment Insurance Appeal Board | MIND - Destruction of Indicia of Arrest |
| **COMPLAINTS** | MISS - Issuance of Subpoena/Material Witness |
| CAAA - Auto Arb Appeal * | MMAN - Mandamus |
| CASB - Asbestos | MOUT - Out of State Deposition |
| CATT - Foreign & Domestic Attachment | MPOS - Writ of Possession |
| CCCP - Transfer from CCP* | MPRO - Writ of Prohibition |
| CCHA - Transfer from Chancery * | MROP - Petition for Return of Property |
| CCON - Condemnation | MSAM - Satisfy Mortgage |
| CDBT - Debt/Breach of Contract * | MSOJ - Compel Satisfaction of Judgment |
| CDEF - Defamation * | MTAX - Tax Ditches |
| CDEJ - Declaratory Judgment | MVAC - Vacate Public Road |
| CEJM - Ejectment * | MSEM - Set Aside Satisfaction of Mortgage |
| CFJG - Foreign Judgment * | MSSS - Set Aside Sheriff's Sale |
| CINT - Interpleader | MSEL - Sell Real Estate for Property Tax |
| CLIB - Libel * | MTOX - Hazardous Substance Cleanup |
| CMAL - Malpractice * | MCVP - Civil Penalty |
| CACT - Class Action | MREF - Tax Intercept |
| CPIA - Personal Injury Auto * | MGAR - Appointment of Guardianship |
| CPIN - Personal Injury * | MFOR - Intercept of Forfeited Money |
| CPRD - Property Damage * | MSET - Structured Settlement |
| CPRL - Products Liability * | |
| CRPV - Replevin | **MORTGAGES** |
| CSBI - Silicone Breast Implant | MORT - Mortgage |
| CTAX - Tax Appeal | |
| CFRD - Fraud Enforcement | **MECHANICS LIENS** |
| CSPD - Summary Proceedings Dispute | LIEN - Mechanics Lien * |
| **INVOLUNTARY COMMITMENTS** | |
| INVC- Involuntary Commitment | **OTHER** |
| | OTHR - Specify Type |

Case types subject to Arbitration Rule 16.1

### DUTY OF THE PLAINTIFF
Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file with the complaint.

### DUTY OF THE DEFENDANT
Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.

Revised 8.21.03

4127