# Exhibit B

STRADLEY, RONON, STEVENS & YOUNG, LLP
Kevin W. Goldstein (Del. Id. No. 2697)
300 Delaware Avenue, Suite 800
Wilmington, DE 19801-1697
Phone: 302.576.5850                              Attorneys for Defendant,
Fax: 302.576.5858                                Household Life Insurance Company

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| CYNTHIA L. MASTERS and TERRY W. MASTERS, individually and as the personal representatives of the estate of Christopher P. Masters, | :    C.A. No. N11C-03-054 JRS |
| Plaintiffs, | : |
| v. | : |
| HOUSEHOLD LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   CLERK, NEW CASTLE COUNTY, SUPERIOR COURT

      Pursuant to 28 U.S.C. § 1446(d), Defendant, Household Life Insurance Company,

files herewith a true copy of the Notice of Removal (without exhibits) filed in the United States

District Court for the District of Delaware on April 20, 2011.

Respectfully submitted,


/Kevin W. Goldstein/
Kevin W. Goldstein
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801-1697
Phone: 302.576.5850
Fax: 302.576.5858

Dated: April __, 2011                    Attorneys for Defendant,
                                         Household Life Insurance Company

Of Counsel
Andrew K. Stutzman
Steven B. Davis
Neal R. Troum
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103
Phone: 215.564.8000
Fax: 215.564.8120

## CERTIFICATE OF SERVICE

I, Kevin W. Goldstein, Esquire, hereby certify that on April __, 2011, I caused a copy of the foregoing Notice of Filing of Notice of Removal to be served by United States First Class Mail, postage prepaid, and electronic mail upon the following:

John S. Spadaro
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
jspadaro@johnsheehanspadaro.com
Attorneys for Plaintiffs


/Kevin W. Goldstein/
Kevin W. Goldstein

# 1351921