**CERTIFICATE OF SERVICE**

I, Kevin W. Goldstein, hereby certify that on April 20, 2011, I caused the foregoing Notice of Removal and Disclosure Statement to be served by United States First Class Mail, postage prepaid, and electronic mail upon the following:

John S. Spadaro
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
jspadaro@johnsheehanspadaro.com
Attorneys for Plaintiffs

/Kevin W. Goldstein/
Kevin W. Goldstein